**Glenda Hassan**

| | |
|---|---|
| **From:** | Elizabeth Mata Kroger <kroger@mdjwlaw.com> |
| **Sent:** | Monday, March 2, 2026 7:50 AM |
| **To:** | Glenda Hassan |
| **Cc:** | Amanda Bridson; Justin Sumner; Veronica Rodriguez; Paula Jameson |
| **Subject:** | Civil Action No. 4:25-cv-06151; Precious Hudson v. D. Miller & Associates, PLLC |

CAUTION - EXTERNAL

Dear Ms. Hassan,

Please be advised that this matter has been mediated and resolved. Per the terms of the settlement agreement, the final settlement payment will be made on or before April 24, 2026. At that time, a stipulation of dismissal with prejudice will be filed with the court.

Do not hesitate to contact me or legal counsel for the plaintiff, Precious Hudson, copied on this communication, if you should have any questions.

Sincerely,

Elizabeth M. Kroger

**Elizabeth Mata Kroger**
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis, Suite 1100 | Houston, Texas | 77002
Phone: (713) 632-1765 | Cell: (713) 256-1429
kroger@mdjwlaw.com | www.mdjwlaw.com

## CONFIDENTIALITY STATEMENT

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.